**PERKINS COIE LLP**
Steven K. Hwang (Bar No. 216852)
SKHwang@perkinscoie.com
Aaron R. Goldstein (Bar No. 239423)
AGoldstein@perkinscoie.com
1888 Century Park East, Suite 1700
Los Angeles, California 90067-1721
Telephone:  +1.310.788.9900
Facsimile:   +1.310.788.3399

Attorneys for Defendant
Amazon.com Services LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RILEY,<br><br>          Plaintiff,<br><br>     v.<br><br>AMAZON.COM SERVICES LLC;<br>JOYOR E-MOVING S.L.; and DOES 1-50,<br><br>          Defendants. | Case No.: _____<br><br>**NOTICE OF REMOVAL**<br><br>[Removed from the Superior Court of the State of California for the County of Santa Clara, Case No. 25CV472198] |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE** that Defendant Amazon.com Services LLC ("Amazon") hereby removes this action from the Superior Court of the State of California, County of Santa Clara, to the United States District Court for the Northern District of California, San Jose Division, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, and states as follows:

## I.   THE STATE COURT ACTION

1.     On August 5, 2025, Plaintiff Michael Riley filed an action in the Superior Court of California, County of Santa Clara, titled *Michael Riley v. Amazon.com Services LLC, et al.*, Case No. 25CV472198 ("State Court Action").

-1-

NOTICE OF REMOVAL

2. Amazon has not been formally served with the Complaint. However, Amazon obtained a copy of the filed Complaint and docket sheet through a search of the Santa Clara Superior Court's online docket. This Notice of Removal is timely under 28 U.S.C. § 1446(b).

3. In accordance with 28 U.S.C. § 1446(a), true and correct copies of the Complaint and docket sheet are attached hereto as **Exhibit A** and **Exhibit B**.

## II. BASIS FOR REMOVAL - DIVERSITY JURISDICTION

4. This Court has original jurisdiction under 28 U.S.C. § 1332(a) because the amount in controversy exceeds $75,000, exclusive of interest and costs, and there is complete diversity of citizenship between Plaintiff and properly joined Defendants.

### A. *Amount in Controversy*

5. Plaintiff does not allege a specific monetary value for her claims on the face of the Complaint. Nonetheless, the nature and scope of the allegations make it facially apparent that the amount in controversy exceeds $75,000, exclusive of interest and costs.

6. The Ninth Circuit follows the Fifth Circuit's framework for determining whether the amount in controversy is satisfied where, as here, the plaintiff does not plead a specific amount. *Singer v. State Farm Mut. Auto. Ins. Co.*, 116 F.3d 373, 377 (9th Cir. 1997). Under that approach, a court first considers whether it is "facially apparent" from the complaint that the claims likely exceed the jurisdictional threshold. *Id.*; *Luckett v. Delta Airlines, Inc.*, 171 F.3d 295, 298 (5th Cir. 1999). Courts may rely on "judicial experience and common sense" in assessing whether the allegations support a finding that more than $75,000 is in controversy. *Dourian v. Stryker Corp.*, No. CV 12-1790 DSF, 2012 WL 12893752, at *1 (C.D. Cal. Apr. 10, 2012).

7. Plaintiff brings causes of action for strict products liability, negligence, and breach of warranty, alleging that he suffered serious injuries while riding an electric scooter purchased on Amazon. The Complaint alleges "past and future

medical expenses; past and future wage loss and loss of earning capacity; past and future household services; past and future incidental expenses; and past and future pain and suffering" (Ex. A, Compl. at 3). On information and belief, Plaintiff's injuries have been described as "life-altering," including deep lacerations to both arms and a need for significant medical treatment. Considering the nature and severity of the alleged physical injuries, the claimed need for ongoing medical care, alleged wage and earning capacity loss, and the prayer for economic, non-economic, and punitive damages, it is facially apparent that the amount in controversy exceeds $75,000.

8.      Amazon does not concede that Plaintiff is entitled to any damages. The statements in this Notice of Removal are made solely for purposes of establishing that removal is proper under 28 U.S.C. § 1441.

**B.      Complete Diversity of Citizenship**

9.      Plaintiff Michael Riley is, upon information and belief, a citizen of the State of California.

10.      Defendant Amazon.com Services LLC is a Delaware limited liability company. For the purposes of diversity jurisdiction, a limited liability company is a citizen of all states where each of its members is a citizen. *Americold Realty Trust v. Conagra Foods, Inc.*, 136 S. Ct. 1012, 1016 (2016). The sole member of Amazon.com Services LLC is Amazon.com Sales, Inc., which is a Delaware corporation with its principal place of business in Washington. Amazon.com Services LLC is therefore a citizen of Delaware and Washington.

11.      Upon information and belief, Defendant Joyor E-Moving S.L. is organized under the laws of Spain, with its principal place of business in Barcelona, Spain.

12.      The defendants sued as DOES 1 through 50 are fictitious and must be disregarded for purposes of removal under 28 U.S.C. § 1441(b)(1).

NOTICE OF REMOVAL

13. Accordingly, complete diversity exists between Plaintiff (California) and Defendants (Delaware, Washington, and Spain).

### III.   CONSENT TO REMOVAL

14. Pursuant to 28 U.S.C. § 1446(b)(2)(A), all properly joined and served defendants must consent to removal. Upon information and belief, Joyor E-Moving S.L. has not been served as of the date of this filing. Accordingly, its consent is not required.

### IV.   VENUE

15. Venue is proper in the Northern District of California under 28 U.S.C. § 1441(a) because this action was filed in Santa Clara County, which is within this judicial district.

### V.   NOTICE TO  PLAINTIFF AND STATE COURT

16. Pursuant to 28 U.S.C. § 1446(d), Amazon will promptly file a copy of this Notice of Removal with the Clerk of the Superior Court of California, County of Santa Clara, and serve written notice upon Plaintiff.

### VI.   NON-WAIVER OF DEFENSES

17. By filing this Notice of Removal, Amazon does not waive any defenses, including but not limited to those available under Federal Rule of Civil Procedure 12, and expressly reserves all such rights.

**WHEREFORE**, Amazon removes the above-captioned action from the Superior Court of the State of California, County of Santa Clara, to the United States District Court for the Northern District of California.

Dated:  August 26, 2025          **PERKINS COIE LLP**

By: /s/Aaron Goldstein
　　Steven K. Hwang, Bar No. 216852
　　Aaron R. Goldstein, Bar No. 239423

　　Attorneys for Defendant
　　Amazon.com Services LLC

-4-

**PROOF OF SERVICE**

I, Ernesto Monne, declare as follows:

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 1888 Century Park East, Suite 1700, Los Angeles, California 90067-1721.

On August 26, 2025, I served a copy of the within document(s):

**NOTICE OF REMOVAL**

by causing a true and correct copy to be served as follows:

(1) Via EMAIL and U.S. MAIL to:

Neer Lerner, Esq.
Alan Cheema, Esq.
LERNER LAW FIRM, PC
2600 W. Olive Avenue, Suite 500
Burbank, CA 91505
Telephone: (818) 576-8282
Email: neer@lernerlawfirm.net; e-service@lernerlawfirm.net

*Attorneys for Plaintiff Michael Riley*

(2) Via ELECTRONIC SUBMISSION through the Santa Clara Superior Court electronic filing system to:

Clerk of the Court
Santa Clara County Superior Court
Downtown Superior Court
191 North First Street
San Jose, CA 95113

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 26, 2025, at Los Angeles, California.

_____
Ernesto Monne

-5-

NOTICE OF REMOVAL

# Exhibit A

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
Amazon.com Services LLC; Joyor E-MOVING S.L.; Does 1 to 50

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
Michael Riley

| FOR COURT USE ONLY |
|---|
| *(SOLO PARA USO DE LA CORTE)* |

E-FILED
8/5/2025 5:42 PM
Clerk of Court
Superior Court of CA,
County of Santa Clara
25CV472198
Reviewed By: M. Johnson
Envelope: 20371572

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Downtown Superior Court (DTS)
191 North First Street
San Jose CA 95113

| CASE NUMBER: |
|---|
| *(Número del Caso):* |

25CV472198

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Neer Lerner [SBN: 266625]; Alan Cheema [SBN: 360603]      (818) 576-8282
2600 W. Olive Avenue, Suite 500 Burbank CA 91505

DATE:  8/5/2025 5:42 PM          Clerk of Court      Clerk, by      M. Johnson      , Deputy
*(Fecha)*                                                   *(Secretario)*                          *(Adjunto)*

*(For proof of service of this summons, use* Proof of Service of Summons *(form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario* Proof of Service of Summons, *(POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☐ on behalf of *(specify):*

under: ☐ CCP 416.10 (corporation)       ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

| Form Adopted for Mandatory Use | **SUMMONS** | Code of Civil Procedure §§ 412.20, 465 |
|---|---|---|
| Judicial Council of California | | *www.courts.ca.gov* |
| SUM-100 [Rev. July 1, 2009] | | |

PLD-PI-001

| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY**<br>NAME: **Neer Lerner [SBN: 266625]; Alan Cheema [SBN: 360603]**<br>STATE BAR NUMBER:<br>FIRM NAME: **Lerner Law Firm, PC**<br>STREET ADDRESS: **2600 W. Olive Avenue, Suite 500**<br>CITY: **Burbank**    STATE: **CA**    ZIP CODE: **91505**<br>TELEPHONE NO.: **(818) 576-8282**    FAX NO.: **(818) 330-4072**<br>EMAIL ADDRESS: **e-service@lernerlawfirm.net**<br>ATTORNEY FOR (name): **Michael Riley** | **FOR COURT USE ONLY**<br><br>E-FILED<br>8/5/2025 5:42 PM<br>Clerk of Court<br>Superior Court of CA,<br>County of Santa Clara<br>25CV472198<br>Reviewed By: M. Johnson |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Santa Clara
STREET ADDRESS: **191 North First Street**
MAILING ADDRESS:
CITY AND ZIP CODE: **San Jose, CA 95113**
BRANCH NAME: **Downtown Superior Court (DTS)**

PLAINTIFF: **Michael Riley**

DEFENDANT: **Amazon.com Services LLC; Joyor E-MOVING S.L.**

☑ DOES 1 TO 50

| | |
|---|---|
| **COMPLAINT—Personal Injury, Property Damage, Wrongful Death**<br>☐ **AMENDED** *(Number):*<br>**Type** *(check all that apply):*<br>☐ **MOTOR VEHICLE**    ☑ **OTHER** *(specify):* General Negligence<br>  ☐ **Property Damage**    ☐ **Wrongful Death**<br>  ☐ **Personal Injury**    ☑ **Other Damages** *(specify):* Products Liability | CASE NUMBER:<br><br>25CV472198 |

**Jurisdiction** *(check all that apply):*
☐ **ACTION IS A LIMITED CIVIL CASE**  (does not exceed $35,000)
  Amount demanded  ☐ does not exceed $10,000
           ☐ exceeds $10,000
☑ **ACTION IS AN UNLIMITED CIVIL CASE (exceeds $35,000)**
☐ **ACTION IS RECLASSIFIED by this amended complaint**
    ☐ **from limited to unlimited**
    ☐ **from unlimited to limited**

1.  **Plaintiff** *(name or names):* Michael Riley

    alleges causes of action against **defendant** *(name or names):*
    Amazon.com Services LLC; Joyor E-MOVING S.L.; Does 1 to 50

2.  This pleading, including attachments and exhibits, consists of the following number of pages: 6

3.  Each plaintiff named above is a competent adult
    a.  ☐ **except** plaintiff *(name):*
        (1) ☐ a corporation qualified to do business in California.
        (2) ☐ an unincorporated entity *(describe):*
        (3) ☐ a public entity *(describe):*
        (4) ☐ a minor  ☐ an adult
            (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed.
            (b) ☐ other *(specify):*
        (5) ☐ other *(specify):*
    b.  ☐ **except** plaintiff *(name):*
        (1) ☐ a corporation qualified to do business in California.
        (2) ☐ an unincorporated entity *(describe):*
        (3) ☐ a public entity *(describe):*
        (4) ☐ a minor  ☐ an adult
            (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed.
            (b) ☐ other *(specify):*
        (5) ☐ other *(specify):*

☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

PLD-PI-001

| SHORT TITLE:<br>Michael Riley vs Amazon.com Services LLC, et al. | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff *(name):*
is doing business under the fictitious name *(specify):*

and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
  a. ☑ **except** defendant *(name):* Amazon.com Services LLC
    (1) ☐ a business organization, form unknown.
    (2) ☐ a corporation.
    (3) ☐ an unincorporated entity *(describe):*

    (4) ☐ a public entity *(describe):*

    (5) ☑ other *(specify):*
        Limited Liability Company

  c. ☐ **except** defendant *(name):*
    (1) ☐ a business organization, form unknown.
    (2) ☐ a corporation.
    (3) ☐ an unincorporated entity *(describe):*

    (4) ☐ a public entity *(describe):*

    (5) ☐ other *(specify):*

  b. ☑ **except** defendant *(name):* Joyor E-MOVING S.L.
    (1) ☑ a business organization, form unknown.
    (2) ☐ a corporation.
    (3) ☐ an unincorporated entity *(describe):*

    (4) ☐ a public entity *(describe):*

    (5) ☐ other *(specify):*

  d. ☐ **except** defendant *(name):*
    (1) ☐ a business organization, form unknown.
    (2) ☐ a corporation.
    (3) ☐ an unincorporated entity *(describe):*

    (4) ☐ a public entity *(describe):*

    (5) ☐ other *(specify):*

  ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
  a. ☑ Doe defendants *(specify Doe numbers):* 1 to 50          were the agents or employees of other named defendants and acted within the scope of that agency or employment.
  b. ☑ Doe defendants *(specify Doe numbers):* 1 to 50          are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

8. This court is the proper court because
  a. ☐ at least one defendant now resides in its jurisdictional area.
  b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
  c. ☑ injury to person or damage to personal property occurred in its jurisdictional area.
  d. ☐ other *(specify):*

9. ☐ Plaintiff is required to comply with a claims statute, **and**
  a. ☐ has complied with applicable claims statutes, **or**
  b. ☐ is excused from complying because *(specify):*

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

PLD-PI-001

| SHORT TITLE:<br>Michael Riley vs Amazon.com Services LLC, et al. | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*

a. ☐ Motor Vehicle

b. ☑ General Negligence

c. ☐ Intentional Tort

d. ☑ Products Liability

e. ☐ Premises Liability

f. ☐ Other *(specify):*

11. Plaintiff has suffered *(check all that apply)*

a. ☑ wage loss.

b. ☑ loss of use of property.

c. ☑ hospital and medical expenses.

d. ☑ general damage.

e. ☑ property damage.

f. ☑ loss of earning capacity.

g. ☑ other damage *(specify):*

Past and future medical expenses; past and future wage loss and loss of earning capacity; past and future household services; past and future incidental expenses; and past and future pain and suffering.

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are

a. ☐ listed in Attachment 12.

b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for

a. (1) ☑ compensatory damages.

   (2) ☐ punitive damages.

b. The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*

   (1) ☑ according to proof.

   (2) ☐ in the amount of: $

15. ☑ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*

16. Demand for Jury Trial. Plaintiff hereby demands a trial by jury in all the aforementioned matters.

Date: August 5, 2025

Alan Cheema

    (TYPE OR PRINT NAME)

▶    /s/ Alan Cheema

    (SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001(2)

| SHORT TITLE:<br>Michael Riley vs Amazon.com Services LLC, et al. | CASE NUMBER: |
|---|---|

First _____ **CAUSE OF ACTION—General Negligence**    Page 4 _____
        (number)

ATTACHMENT TO  ☑ Complaint    ☐ Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):* Michael Riley

alleges that defendant *(name):* Amazon.com Services LLC; Joyor E-MOVING S.L.; Does 1 to 50

☑ Does 1 _____ to 50 _____

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date):* August 24, 2023
at *(place):* At or near intersection of No Name Uno Avenue and Buena Vista Avenue, Gilroy, CA 95020

*(description of reasons for liability):*

1. Defendants Joyor E-MOVING S.L. and Does 1 to 20 held themselves out as companies experienced and capable in the design, manufacture, fabrication, and assembly of electric scooters, including the "JOYOR S10-S Electric Scooter". These devices were and are marketed globally and sold on Amazon.com

2. Defendants Joyor E-MOVING S.L., Amazon.com Services LLC and Does 1 to 50 took part in the distribution, sale, marketing, manufacturing, designing, assembling, compounding, testing, inspecting, packaging, labeling, fabricating, constructing, analyzing, distributing, servicing, merchandising, recommending, advertising, promoting, marketing and selling of the JOYOR S10-S Electric Scooter.

3. Defendants Joyor E-MOVING S.L., Amazon.com Services LLC and Does 1 to 50 intended and planned that the JOYOR S10-S Electric Scooter be marketed and sold for use by the general public.

4. The JOYOR S10-S Electric Scooter was defective at the time of its manufacture, design, production, distribution, testing, inspection, sale, endorsement, promotion and/or advertisement. The JOYOR S10-S Electric Scooter was defective and unsafe for its intended use, in that it had a tendency to unexpectedly malfunction, stall, jam, fail, or crash, causing injury to its riders.

5. Prior to the sale of the JOYOR S10-S Electric Scooter, Defendants Joyor E-MOVING S.L., Amazon.com Services LLC and Does 1 to 50 had notice of other similar injuries to similar persons under similar circumstances. Defendants Joyor E-MOVING S.L., Amazon.com Services LLC and Does 1 to 50 had received multiple complaints and claims for such injuries prior to those of Plaintiff Michael Riley ("Plaintiff"). Defendants Joyor E-MOVING S.L., Amazon.com Services LLC and Does 1 to 50 also knew or should have known that continued sale and use of the JOYOR S10-S Electric Scooter would result in further injuries.

6. Despite their knowledge that JOYOR S10-S Electric Scooter was defective and dangerous, Defendants Joyor E-MOVING S.L., Amazon.com Services LLC and Does 1 to 50, and each of them, acted with willful and conscious disregard for public safety by designing, manufacturing, assembling, distributing, marketing, testing, inspecting, repairing, maintaining, servicing, promoting, advertising, and/or selling of JOYOR S10-S Electric Scooter.

7. Defendants Joyor E-MOVING S.L., Amazon.com Services LLC and Does 1 to 50, and each of them, so negligently and carelessly manufactured, designed, assembled, compounded, tested or failed to test, inspected or failed to inspect, fabricate, construct, analyze, distribute, service, merchandize, recommend, advertise, promote, market and sell the JOYOR S10-S Electric Scooter and its component parts such that it was in a dangerous and defective condition, and unsafe for the use and purpose for which it was intended.

8. The defective and dangerous character and condition of the JOYOR S10-S Electric Scooter and the fact that it was unsafe for the use and purpose for which it was intended, should have been known and discovered by Defendants Joyor E-MOVING S.L., Amazon.com Services LLC and Does 1 to 50.

9. Defendants Joyor E-MOVING S.L., Amazon.com Services LLC and Does 1 to 50, and each of them, failed to include adequate warnings to apprise users of the dangerous nature of JOYOR S-10S Electric Scooter and its tendency to suddenly fail and eject users, resulting in serious injuries.

**Page 1 of 1**

PLD-PI-001(5)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Michael Riley vs Amazon.com Services LLC, et al. | |

Second _____  **CAUSE OF ACTION—Products Liability**    Page 5 _____
    *(number)*

ATTACHMENT TO  ☑ Complaint    ☐ Cross - Complaint
*(Use a separate cause of action form for each cause of action.)*

Plaintiff *(name):* Michael Riley

Prod. L-1. On or about *(date):* **August 24, 2023**        plaintiff was injured by the following product:
**JOYOR S10-S Electric Scooter**

Prod. L-2. Each of the defendants knew the product would be purchased and used without inspection for defects. The product was defective when it left the control of each defendant. The product at the time of injury was being
    ☑ used in the manner intended by the defendants.
    ☑ used in the manner that was reasonably foreseeable by defendants as involving a substantial danger not readily apparent. Adequate warnings of the danger were not given.

Prod. L-3. Plaintiff was a
    ☑ purchaser of the product.                ☑ user of the product.
    ☐ bystander to the use of the product.        ☐ other *(specify):*

PLAINTIFF'S INJURY WAS THE LEGAL (PROXIMATE) RESULT OF THE FOLLOWING:

Prod. L- 4.  ☑ **Count One—Strict liability** of the following defendants who
    a. ☑ manufactured or assembled the product *(names):*
        **Joyor E-MOVING S.L.**

        ☑ Does 1 _____ to 50 _____
    b. ☑ designed and manufactured component parts supplied to the manufacturer *(names):*
        **Joyor E-MOVING S.L.**

        ☑ Does 1 _____ to 50 _____
    c. ☑ sold the product to the public *(names):*
        **Amazon.com Services LLC**

        ☑ Does 1 _____ to 50 _____

Prod. L-5.  ☑ **Count Two—Negligence** of the following defendants who owed a duty to plaintiff *(names):*
        **Joyor E-MOVING S.L.; Amazon.com Services LLC**

        ☑ Does 1 _____ to 50 _____

Prod. L-6.  ☑ **Count Three—Breach of warranty** by the following defendants *(names):*
        **Joyor E-MOVING S.L.; Amazon.com Services LLC**

        ☑ Does 1 _____ to 50 _____
    a. ☑ who breached an implied warranty
    b. ☐ who breached an express warranty which was
        ☐ written    ☐ oral

Prod. L-7.  ☑ The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
        ☑ listed in Attachment-Prod. L-7  ☐ as follows:

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(5) [Rev. January 1, 2007]
**CAUSE OF ACTION—Products Liability**
Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

MC-025

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Michael Riley vs Amazon.com Services LLC, et al. | |

**ATTACHMENT** *(Number):* <u>Prod. Liability - L.7</u>

*(This Attachment may be used with any Judicial Council form.)*

1. Defendants Joyor E-MOVING S.L. and Does 1 to 20 held themselves out as companies experienced and capable in the design, manufacture, fabrication, and assembly of electric scooters, including the "JOYOR S10-S Electric Scooter". These devices were and are marketed globally and sold on Amazon.com.

2. Defendants Joyor E-MOVING S.L., Amazon.com Services LLC and Does 1 to 50 took part in the distribution, sale, marketing, manufacturing, designing, assembling, compounding, testing, inspecting, packaging, labeling, fabricating, constructing, analyzing, distributing, servicing, merchandising, recommending, advertising, promoting, marketing and selling of the JOYOR S10-S Electric Scooter.

3. Defendants Joyor E-MOVING S.L., Amazon.com Services LLC and Does 1 to 50 intended and planned that the JOYOR S10-S Electric Scooter be marketed and sold for use by the general public.

4. The JOYOR S10-S Electric Scooter was defective at the time of its manufacture, design, production, distribution, testing, inspection, sale, endorsement, promotion and/or advertisement. The JOYOR S10-S Electric Scooter was defective and unsafe for its intended use, in that it had a tendency to unexpectedly malfunction, stall, jam, fail, or crash, causing injury to its riders.

5. Prior to the sale of the JOYOR S10-S Electric Scooter, Defendants Joyor E-MOVING S.L., Amazon.com Services LLC and Does 1 to 50 had notice of other similar injuries to similar persons under similar circumstances. Defendants Joyor E-MOVING S.L., Amazon.com Services LLC and Does 1 to 50 had received multiple complaints and claims for such injuries prior to those of Plaintiff Michael Riley ("Plaintiff"). Defendants Joyor E-MOVING S.L., Amazon.com Services LLC and Does 1 to 50 also knew or should have known that continued sale and use of the JOYOR S10-S Electric Scooter would result in further injuries.

6. Despite their knowledge that JOYOR S10-S Electric Scooter was defective and dangerous, Defendants Joyor E-MOVING S.L., Amazon.com Services LLC and Does 1 to 50, and each of them, acted with willful and conscious disregard for public safety by designing, manufacturing, assembling, distributing, marketing, testing, inspecting, repairing, maintaining, servicing, promoting, advertising, and/or selling of JOYOR S10-S Electric Scooter.

7. Defendants Joyor E-MOVING S.L., Amazon.com Services LLC and Does 1 to 50, and each of them, so negligently and carelessly manufactured, designed, assembled, compounded, tested or failed to test, inspected or failed to inspect, fabricate, construct, analyze, distribute, service, merchandize, recommend, advertise, promote, market and sell the JOYOR S10-S Electric Scooter and its component parts such that it was in a dangerous and defective condition, and unsafe for the use and purpose for which it was intended.

8. The defective and dangerous character and condition of the JOYOR S10-S Electric Scooter and the fact that it was unsafe for the use and purpose for which it was intended, should have been known and discovered by Defendants Joyor E-MOVING S.L., Amazon.com Services LLC and Does 1 to 50.

9. Defendants Joyor E-MOVING S.L., Amazon.com Services LLC and Does 1 to 50, and each of them, failed to include adequate warnings to apprise users of the dangerous nature of JOYOR S-10S Electric Scooter and its tendency to suddenly fail and eject users, resulting in serious injuries.

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

**Page** <u>6</u>   **of** <u>6</u>

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT
to Judicial Council Form**

*www.courtinfo.ca.gov*

CM-010

| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address):*<br>Neer Lerner [SBN: 266625]; Alan Cheema [SBN: 360603]<br>Lerner Law Firm, PC<br>2600 W. Olive Avenue, Suite 500 Burbank CA 91505<br>TELEPHONE NO.: (818) 576-8282    FAX NO. : (818) 330-4072<br>EMAIL ADDRESS: e-service@lernerlawfirm.net<br>ATTORNEY FOR *(Name):* Michael Riley | **FOR COURT USE ONLY**<br><br>**Electronically Filed<br>by Superior Court of CA,<br>County of Santa Clara,<br>on 8/5/2025 5:42 PM<br>Reviewed By: M. Johnson<br>Case #25CV472198<br>Envelope: 20371572** |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Santa Clara
 STREET ADDRESS: 191 North First Street
 MAILING ADDRESS:
CITY AND ZIP CODE: San Jose, CA 95113
 BRANCH NAME: Downtown Superior Court (DTS)

CASE NAME:
Michael Riley vs Amazon.com Services LLC, et al.

| **CIVIL CASE COVER SHEET** | | **Complex Case Designation** | | CASE NUMBER: |
|---|---|---|---|---|
| ☑ **Unlimited**<br>(Amount<br>demanded<br>exceeds $35,000) | ☐ **Limited**<br>(Amount<br>demanded is<br>$35,000 or less) | ☐ Counter  ☐ Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | | 25CV472198 |
| | | | | JUDGE:<br>DEPT.: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
☐ Auto (22)
☐ Uninsured motorist (46)
**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
☐ Asbestos (04)
☑ Product liability (24)
☐ Medical malpractice (45)
☐ Other PI/PD/WD (23)
**Non-PI/PD/WD (Other) Tort**
☐ Business tort/unfair business practice (07)
☐ Civil rights (08)
☐ Defamation (13)
☐ Fraud (16)
☐ Intellectual property (19)
☐ Professional negligence (25)
☐ Other non-PI/PD/WD tort (35)
**Employment**
☐ Wrongful termination (36)
☐ Other employment (15)

**Contract**
☐ Breach of contract/warranty (06)
☐ Rule 3.740 collections (09)
☐ Other collections (09)
☐ Insurance coverage (18)
☐ Other contract (37)
**Real Property**
☐ Eminent domain/Inverse condemnation (14)
☐ Wrongful eviction (33)
☐ Other real property (26)
**Unlawful Detainer**
☐ Commercial (31)
☐ Residential (32)
☐ Drugs (38)
**Judicial Review**
☐ Asset forfeiture (05)
☐ Petition re: arbitration award (11)
☐ Writ of mandate (02)
☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
☐ Antitrust/Trade regulation (03)
☐ Construction defect (10)
☐ Mass tort (40)
☐ Securities litigation (28)
☐ Environmental/Toxic tort (30)
☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)
**Enforcement of Judgment**
☐ Enforcement of judgment (20)
**Miscellaneous Civil Complaint**
☐ RICO (27)
☐ Other complaint *(not specified above)* (42)
**Miscellaneous Civil Petition**
☐ Partnership and corporate governance (21)
☐ Other petition *(not specified above)* (43)

2. This case ☐ is ☑ is not    complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☐ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. ☑ monetary b. ☐ nonmonetary; declaratory or injunctive relief c. ☐ punitive
4. Number of causes of action *(specify):* Two
5. This case ☐ is ☑ is not    a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*
Date: August 5, 2025

Alan Cheema
_____
(TYPE OR PRINT NAME)

▶ /s/ Alan Cheema
_____
(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only. **Page 1 of 2**

| | | |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. January 1, 2024] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10<br>www.courts.ca.gov |

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**CM-010**

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the Civil Case Cover Sheet contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the Civil Case Cover Sheet to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property
  Damage/Wrongful Death
 Uninsured Motorist (46) *(if the
  case involves an uninsured
  motorist claim subject to
  arbitration, check this item
  instead of Auto)*
**Other PI/PD/WD (Personal Injury/
Property Damage/Wrongful Death) Tort**
Asbestos (04)
  Asbestos Property Damage
  Asbestos Personal Injury/
   Wrongful Death
Product Liability *(not asbestos or
  toxic/environmental)* (24)
Medical Malpractice (45)
  Medical Malpractice–
   Physicians & Surgeons
 Other Professional Health Care
  Malpractice
Other PI/PD/WD (23)
  Premises Liability (e.g., slip
   and fall)
  Intentional Bodily Injury/PD/WD
   (e.g., assault, vandalism)
  Intentional Infliction of
   Emotional Distress
  Negligent Infliction of
   Emotional Distress
  Other PI/PD/WD
**Non-PI/PD/WD (Other) Tort**
 Business Tort/Unfair Business
  Practice (07)
 Civil Rights (e.g., discrimination,
  false arrest) *(not civil
  harassment)* (08)
 Defamation (e.g., slander, libel) (13)
 Fraud (16)
 Intellectual Property (19)
 Professional Negligence (25)
  Legal Malpractice
  Other Professional Malpractice
   *(not medical or legal)*
 Other Non-PI/PD/WD Tort (35)
**Employment**
 Wrongful Termination (36)
 Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
  Breach of Rental/Lease
   Contract *(not unlawful detainer
    or wrongful eviction)*
  Contract/Warranty Breach–Seller
   Plaintiff *(not fraud or negligence)*
  Negligent Breach of Contract/
   Warranty
  Other Breach of Contract/Warranty
Collections (e.g., money owed, open
  book accounts) (09)
  Collection Case–Seller Plaintiff
  Other Promissory Note/Collections Case
Insurance Coverage *(not provisionally
  complex)* (18)
  Auto Subrogation
  Other Coverage
Other Contract (37)
  Contractual Fraud
  Other Contract Dispute
**Real Property**
Eminent Domain/Inverse
  Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
  Writ of Possession of Real Property
  Mortgage Foreclosure
  Quiet Title
  Other Real Property *(not eminent
  domain, landlord/tenant, or
  foreclosure)*
**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal
  drugs, check this item; otherwise,
  report as Commercial or Residential)*
**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
  Writ–Administrative Mandamus
  Writ–Mandamus on Limited Court
   Case Matter
  Writ–Other Limited Court Case Review
Other Judicial Review (39)
  Review of Health Officer Order
  Notice of Appeal–Labor Commissioner
   Appeals

**Provisionally Complex Civil Litigation (Cal.
Rules of Court Rules 3.400–3.403)**
  Antitrust/Trade Regulation (03)
  Construction Defect (10)
  Claims Involving Mass Tort (40)
  Securities Litigation (28)
  Environmental/Toxic Tort (30)
  Insurance Coverage Claims
   *(arising from provisionally complex
   case type listed above)* (41)
**Enforcement of Judgment**
  Enforcement of Judgment (20)
   Abstract of Judgment (Out of County)
  Confession of Judgment *(non-domestic
   relations)*
  Sister State Judgment
  Administrative Agency Award
   *(not unpaid taxes)*
  Petition/Certification of Entry of
   Judgment on Unpaid Taxes
  Other Enforcement of Judgment Case
**Miscellaneous Civil Complaint**
  RICO (27)
  Other Complaint *(not specified above)* (42)
   Declaratory Relief Only
   Injunctive Relief Only *(non-
    harassment)*
   Mechanics Lien
   Other Commercial Complaint
    Case *(non-tort/non-complex)*
   Other Civil Complaint
    *(non-tort/non-complex)*
**Miscellaneous Civil Petition**
  Partnership and Corporate
   Governance (21)
  Other Petition *(not specified above)* (43)
   Civil Harassment
   Workplace Violence
   Elder/Dependent Adult Abuse
   Election Contest
   Petition for Name Change
   Petition for Relief From Late Claim
   Other Civil Petition

# Exhibit B

# 25CV472198

🖶 Print

## Michael Riley vs Amazon.com Services LLC et al

### Case Information

**Case Type:** Product Liability Unlimited (24)
**Case Number:** 25CV472198
**Filing Date:** 8/5/2025
**Case Status:** Active
**Court Location:** Civil

# PARTIES

Show All entries

Search:

| ▲ Type | First Name | Middle Name | Last Name |
|--------|-----------|-------------|-----------|
| Defendant | | | Amazon.com Services LLC |
| Defendant | | | Joyor E-MOVING S.L. |
| Plaintiff | Michael | | Riley |

Showing 1 to 3 of 3 entries

Previous | 1 | Next

### Attorneys

Show All entries

Search:

| ▲ Representing | First Name | Middle Name | Last Name |
|----------------|-----------|-------------|-----------|
| **Michael Riley** | **Alan** | | **Cheema** |
| Michael Riley | Neer | | Lerner |

Showing 1 to 2 of 2 entries

Previous | 1 | Next

# EVENTS

Show All entries

Search:

| ▼ File Date | File Type | Filed By | Comment | Documents |
|-------------|-----------|----------|---------|-----------|
| 8/5/2025 | New Filed Case | | | |
| 8/5/2025 | Complaint (Unlimited) (Fee Applies) | Michael Riley, | | 📄 |
| 8/5/2025 | Summons: Issued/Filed | Michael Riley, | | 📄 |

| ▼ File Date | File Type | Filed By | Comment | Documents |
|---|---|---|---|---|
| 8/5/2025 | Civil Case Cover Sheet | Michael Riley, | | 📄 |

Showing 1 to 4 of 4 entries

Previous | 1 | Next

## HEARINGS

Show All entries

Search:

| Department | Type | ▼ Date | Time | Result |
|---|---|---|---|---|
| Department 10 | Conference: Case Management | 3/4/2026 | 2:00PM | |

Showing 1 to 1 of 1 entries

Previous | 1 | Next